UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

KIDIA M. TYLER,

    Plaintiff,

v.

CNH AMERICA LLC,

    Defendant.

Case No. 09-C-0837

## STIPULATION FOR DISMISSAL

The parties to this action, by their respective counsel of record, hereby stipulate that this action may be dismissed on its merits, without the payment of costs to either party and without further notice to either party.

Dated: May 21, 2010

Dated: May 24, 2010

s/John Miraglia
ARDC # 6275535
Attorney for Plaintiff
1021 West Adams Street
Suite 102
Chicago IL  60607
Telephone: 312-829-2308
Email: jmiraglia@gmail.com

s/Mary Pat Ninneman
State Bar #1016956
Attorney for Defendant
Quarles & Brady LLP
411 E. Wisconsin Ave., Suite 2040
Milwaukee WI  53202
Telephone:  414-277-5153
Email: mary.pat.ninneman@quarles.com

QB\10303907.1